1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, and KYKO GLOBAL GMBH, a Bahamian corporation,<br><br>                             Plaintiffs,<br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD., a Pennsylvania corporation, PRITHVI CATALYTIC, INC., a Delaware corporation, PRITHVI SOLUTIONS, INC., a Delaware corporation, PRITHVI INFORMATION SOLUTIONS INTERNATIONAL, LLC, a Pennsylvania limited liability company, INALYTIX, Inc., a Nevada corporation, INTERNATIONAL BUSINESS SOLUTIONS, INC., a North Carolina, corporation, AVANI INVESTMENTS, Inc., a Delaware corporation, ANANYA CAPITAL Inc., a Delaware corporation, MADHAVI VUPPALAPATI AND ANANDHAN JAGARAMAN, husband and wife and the marital community composed thereof, GURU PANDYAR AND JANE DOE PANDYAR, husband and wife and the marital community composed thereof, and SRINIVAS SISTA AND JOHN DOE SISTA, husband and wife and the marital community composed thereof, DCGS, INC., a Pennsylvania company, EPP, INC., a Washington corporation, FINANCIAL OXYGEN, INC. a Washington corporation, HUAWEI LATIN AMERICAN SOLUTIONS, INC., a Florida corporation, L3C, INC., a Washington corporation.<br><br>                             Defendants. | NO.: 2:13-cv-01034<br><br>DECLARATION OF ANANDHAN JAYARAMAN IN SUPPORT OF MOTION TO DISQUALIFY<br><br>NOTE ON MOTION CALENDAR: June 6, 2014 |

DECLARATION OF ANAND JAYARAMAN - 1
NO.: 2:13-cv-01034

MDK | LAW
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

ANANDHAN JAYARAMAN pursuant to 28 U.S.C. § 1746 declares as follows:

1. My name is Anandhan Jayaraman. I am over the age of 18 years and competent to testify as to the contents set forth herein. I make this declaration based on my own personal knowledge. When Plaintiffs filed this lawsuit they spelled my name incorrectly as Anandhan Jagaraman.

2. I am the husband of Madhavi Vuppalapati. When I was notified of the Sheriff's Sale of our personal property would occur at 10:00 a.m. on April 24, 2014 at Western Van & Storage, 8521 S. 90th St. Kent, Washington, I arranged for a family friend to go to the auction to bid on the computer, D-link back up device and my bike. I told her the approximate worth of the items, $300 for the computer, $100 for the backup device approximately $650.00 -$700.00 for the bike. I gave our family friend approximately, $1500.00 to purchase all of the items.

3. I did not anticipate that the Plaintiffs' lawyer would try to bid for our items. I just assumed our friend would be bidding against the average person. It appears that the lawyer for Kyko out-bid our family friend.

4. I was the primary user of the the d-link external backup device ("d-link device") that the Plaintiffs' purchased from the auction. The d-link device had two hard-disks which mirrored each other. One of the disks had been reformatted recently. Additionally, the d-link device had a password. To access the data through "normal" means, Plaintiffs would have required the password.

5. Although I cannot remember all the data that was located on the d-link harddrive, I do know that the vast majority of information was personal in nature, family photos, my personal emails, etc. There might have been some of Madhavi's information on the d-link from 2007-2008. However, there would be no reason for any documents related to this lawsuit or

DECLARATION OF ANAND JAYARAMAN - 2
NO.: 2:13-cv-01034

MDK | LAW
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

1  Plaintiffs' claims on that device. Importantly, I do not believe that the d-link would have
2  contained any sensitive or privileged information on it.
3      I declare under penalty of perjury under the laws of Washington State and the laws of the
4  United States that the foregoing is true and correct.

6      Executed on: 21st day of May 2014 in Bellevue, WA.

                        ANANDHAN JAYARAMAN

DECLARATION OF ANAND JAYARAMAN - 3
NO.: 2:13-cv-01034

MDK | LAW
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christina L. Haring-Larson, Keith Pitt
Christina@slindenlson.com, Amanda@slindenelson.com, Keith@slindenelson.com

Dated this 22nd day of May 2014

       /s/ Mark D. Kimball
Mark D. Kimball, WSBA No. 13146

DECLARATION OF ANAND JAYARAMAN - 4
NO.: 2:13-cv-01034

MDK | LAW
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610