The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, and KYKO GLOBAL GMBH, a Bahamian corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD., a Pennsylvania corporation, PRITHVI CATALYTIC, INC., a Delaware corporation, PRITHVI SOLUTIONS, INC., a Delaware corporation, PRITHVI INFORMATION SOLUTIONS INTERNATIONAL, LLC, a Pennsylvania limited liability company, INALYTIX, INC., a Nevada corporation, INTERNATIONAL BUSINESS SOLUTIONS, INC., a North Carolina, corporation, AVANI INVESTMENTS, INC., a Delaware corporation, ANANYA CAPITAL INC., a Delaware corporation, MADHAVI VUPPALAPATI AND ANANDHAN JAGARAMAN, husband and wife and the marital community composed thereof, SATISH VUPPALAPATI, GURU PANDYAR AND JANE DOE PANDYAR, husband and wife and the marital community composed thereof, and SRINIVAS SISTA AND JOHN DOE SISTA, husband and wife and the marital community composed thereof, DCGS, INC., a Pennsylvania company, EPP, INC., a Washington corporation, FINANCIAL OXYGEN, INC., a Washington corporation, HUAWEI LATIN AMERICAN SOLUTIONS, INC., a Florida corporation, L3C, INC., a Washington corporation.<br>       Defendants. | Case No. 2:13-CV-1034 MJP<br><br><br>**ORDER GRANTING *EX PARTE* MOTION TO MODIFY JUDGMENT AGAINST SATISH VUPPALAPATI PURSUANT TO FED. R. CIV. P. 60(b)(5) IN THE AMOUNT OF $23,466,218** |

THIS MATTER having come before the Court pursuant to Kyko Global Inc. and Kyko Global GmbH's Motion ("Kyko"). The Court, after reviewing the Motion and the Declarations in support of same, grants the Motion and it is hereby:

ORDERED that this Court's Judgment issued on January 12, 2016, in the amount of $26,466,218.00 ("Judgment") is vacated. [Doc. Nos. 342, 343].

ORDERED that Judgment is issued in favor of Kyko against Satish Vuppalapati in the amount of $23,466,218.

Dated: April 23, 2018

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge