UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYKO GLOBAL, INC., et al., | CASE NO. C13-1034JLR |
| Plaintiffs, | ORDER |
| v. | |
| PRITHVI INFORMATION SOLUTIONS, LTD, et al., | |
| Defendants. | |

Before the court is Plaintiffs Kyko Global GMBH and Kyko Global, Inc.'s ("Plaintiffs") application for renewal of the judgment entered by this court on June 30, 2016. (App. (Dkt. # 445); *see* 6/30/16 Judgment (Dkt. # 410).) The court GRANTS Plaintiffs' application.

Execution of a federal court's judgment "must accord with the procedure of the state where the court is located, [unless] a federal statute governs[.]" Fed. R. Civ. P. 69(a)(1). Under Washington law, the party in whose favor a judgment has been recorded

ORDER - 1

may, "within 90 days before the expiration of the original 10-year period, apply to the court that rendered the judgment . . . for an order granting an additional 10 years during which an execution, garnishment, or other legal process may be issued." RCW 6.17.020(3). The moving party must "pay to the court a filing fee equal to the filing fee for filing the first or initial paper in a civil action in the court[.]" *Id.* The court shall renew judgments "as a matter of right, subject to review only for timeliness, factual issues of full or partial satisfaction, or errors in calculating the judgment summary amounts." *Id.*

The court finds that Plaintiffs' application is timely, that Plaintiffs paid the filing fee, and that there are no errors in Plaintiffs' calculation of the judgment summary amounts. Accordingly, the court ORDERS that the judgment summarized below be renewed pursuant to RCW 6.17.020(3) for an additional 10 year period beginning on June 30, 2026.

1.  Judgment Creditors:

    Kyko Global Inc. and Kyko Global GmbH

2.  Judgment Creditors' Attorney:

    Keith A. Pitt, WSBA No. 40429
    Keith@SaltLawGroup.com
    100 SW Main Street, Suite 1025
    Portland, OR 97204
    Telephone: 503-417-7777 Fax: 503-214-8816

3.  Judgment Debtors:

    Madhavi Vuppalapati and her marital community (husband Anandhan Jayaraman); Srinivas Sista, and his marital community (wife Lalita Sista); Prithvi Information Solutions, Ltd, an Indian corporation; Ananya Capital,

ORDER - 2

Inc., a Delaware corporation; Avani Investments, Inc., a Delaware corporation; DCGS, Inc., a Pennsylvania corporation; EPP, Inc., a Washington corporation; Financial Oxygen, Inc., a Washington corporation; Huawei Latin American Solutions, Inc., a Florida corporation; International Business Solutions, Inc., a North Carolina corporation; L3C, Inc., a Washington corporation; Prithvi Information Solutions International, LLC, a Pennsylvania limited liability company; Prithvi Solutions, Inc., a Delaware corporation; and, Inalytix, Inc., a Nevada corporation.

4.      Total Judgment Amount:

Claims I-III: $33,579,660.00

Claim IV: $100,738,980.00

5.      Date of Judgment:

June 30, 2016

6.      Judgment Interest, Taxable Costs, Attorneys' Fees:

$0.00.  Plaintiffs have waived their right to receive interest, taxable costs, and attorneys' fees.  (*See* Carroll Decl. (Dkt. # 445 at 3-4) ¶ 6.)

7.      Payments Received:

Plaintiffs have not received any payments regarding the Judgment.  (*See id.* ¶ 7.)

8.      Total of Judgment less payments received:

Claims I-III: $33,579,660.00

Claim IV: $100,738,980.00

Dated this 30th day of June, 2026.

[signature]
_____

ORDER - 3

JAMES L. ROBART
United States District Judge

ORDER - 4